UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Shawn Allen

    v.                                          Case No. 23-cv-121-AJ

FCI Berlin, Warden

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 5, 2023. For the reasons explained therein, I grant the Warden's motion for summary judgment (Doc. No. 6) and direct the clerk to enter judgment and close this case.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                /s/ Samantha D. Elliott
                                                Samantha D. Elliott
                                                United States District Judge

Date: October 17, 2023

cc: Shawn Allen, pro se
Seth R. Aframe, Esq.